ACCEPTED
03-15-00252-CV
8220167
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/14/2015 11:55:59 AM
JEFFREY D. KYLE
CLERK

**No. 03-15-00252-CV**

# In the Court of Appeals for the Third Judicial District of Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/14/2015 11:55:59 AM
JEFFREY D. KYLE
Clerk

DR. BEHZAD NAZARI, D.D.S. d/b/a ANTOINE DENTAL
CENTER ET. AL., DEFENDANTS–APPELLANTS;

*v.*

STATE OF TEXAS, PLAINTIFF–APPELLEE,

*v.*

XEROX CORPORATION AND XEROX STATE HEALTHCARE, LLC, F/K/A ACS
STATE HEALTHCARE, LLC, THIRD-PARTY DEFENDANTS–APPELLEES.

On Appeal from the 53rd Judicial District Court,
Travis County, Texas, No. D-1-GB-13-005380

## UNOPPOSED CONDITIONAL MOTION TO FILE SUPPLEMENTAL BRIEF

CHARLES E. ROY
First Assistant Attorney General

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud

REYNOLDS B. BRISSENDEN
Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

SCOTT A. KELLER
Solicitor General

J. CAMPBELL BARKER
Deputy Solicitor General
State Bar No. 24049125
cam.barker@texasattorneygeneral.gov

PHILIP A. LIONBERGER
Assistant Solicitor General
State Bar No. 12394380

AUTUMN HAMIT PATTERSON
Assistant Attorney General
State Bar No. 24092947

Counsel for the State of Texas

**Unopposed Conditional Motion to File Supplemental Brief**

Appellee the State of Texas respectfully moves to file the attached preargument supplemental brief—in the event the Court elects to file Xerox's supplemental brief. This motion is unopposed and rests on the following bases:

1. This is an appeal in a civil case. Oral argument is set for December 16, 2015.

2. On December 8, 2015, appellees Xerox Corporation and Xerox State Healthcare, LLC ("Xerox") filed an unopposed motion for leave to file a supplemental brief. Xerox tendered with its motion its supplemental brief.

3. This Court has not yet granted that motion, but it has called for paper copies of Xerox's supplemental brief.

4. Xerox represented to the State that its supplemental brief would concern jurisdiction and be "limited to the issue the State raised in its brief."

5. The State expressed that it would not oppose the filing of that brief, on the condition that both Xerox and appellants did not oppose the State's filing of a responsive supplemental brief.

6. That consent was given, as relayed to the State by Xerox's counsel. Accordingly, this motion is unopposed.

7. To the extent this Court finds that justice requires allowing Xerox to file its supplemental brief, *see* Tex. R. App. P. 38.7, justice would for the same reasons require allowing the State to file its responsive supplemental brief. The State takes no position on whether justice requires allowing Xerox to file

its supplemental brief. The State submits only that any sufficient cause for filing that brief extends to a response to that brief.

## Conclusion

For the reasons described above, the State of Texas respectfully moves for leave to file its responsive supplemental brief, in the event Xerox is granted leave to file its supplemental brief tendered December 8, 2015. The State's responsive supplemental brief is tendered simultaneously with this motion.

Respectfully submitted.

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud

/s/ J. Campbell Barker
J. CAMPBELL BARKER
Deputy Solicitor General

REYNOLDS B. BRISSENDEN
Assistant Attorney General

State Bar No. 24049125
cam.barker@texasattorneygeneral.gov

PHILIP A. LIONBERGER
Assistant Solicitor General
State Bar No. 12394380

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Counsel for the State of Texas

## CERTIFICATE OF CONFERENCE

No party opposes the relief requested herein.

/s/ J. Campbell Barker
J. CAMPBELL BARKER

## CERTIFICATE OF SERVICE

I certify the service of this document on December 14, 2015 by electronic case filing or e-mail upon the following:

**Counsel for Defendants–Appellants:**

Jason Ray
Riggs & Ray, P.C.
506 W. 14th Street, Suite A
Austin, Texas 78701

E. Hart Green
Mitchell A. Toups
Weller, Green, Toups & Terrell, L.L.P.
P.O. Box 350
Beaumont, Texas 77704-0350

**Counsel for Third-Party Defendants–Appellees:**

Constance H. Pfeiffer
Beck Redden LLP
1221 McKinney St., Suite 4500
Houston, Texas 77010

Robert C. Walters
Gibson, Dunn & Crutcher LLP
2100 McKinney Ave., Suite 1100
Dallas, Texas 75201

Eric J.R. Nichols
Christopher R. Cowan
Beck Redden LLP
515 Congress Ave., Suite 1750
Austin, Texas 78701

/s/ J. Campbell Barker
J. CAMPBELL BARKER
